IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH MOBLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-25-227-SLP |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Suzanne Mitchell entered June 30, 2025. [Doc. No. 13]. In the R&R, the Magistrate Judge recommends dismissal of this action without prejudice for Plaintiff's failure to comply with the Court's Order [Doc. No. 12] to cure deficiencies in his Motion to Proceed in Forma Pauperis (IFP). *See* R&R [Doc. No. 13] at 2–3. As noted in the R&R, Plaintiff was ordered to cure the deficiencies with his IFP application on three separate occasions by both this Court and the Magistrate Judge. *See* [Doc. Nos. 5, 8, 10]. He failed to do so.

The Magistrate Judge advised Plaintiff of his right to object to the R&R and directed any objections be filed on or before July 21, 2025. *Id.* at 4. Plaintiff was further advised that any failure to object would waive Plaintiff's right to appellate review of the factual and legal issues addressed in the R&R. *Id.* Plaintiff has neither filed an objection nor sought an extension of time in which to do so. Therefore, the Court finds that Plaintiff has

waived further review of all issues addressed in the R&R.  *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).  Upon review, the Court fully concurs with the analysis set forth in the R&R.

    IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 13] is ADOPTED in its entirety and this action is DISMISSED WITHOUT PREJUDICE.  Plaintiff's Motion to Proceed in Forma Pauperis [Doc. No. 2] is DENIED as MOOT.  A separate judgment of dismissal shall be entered contemporaneously with this Order.

    IT IS SO ORDERED this 25th day of July, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE